O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KENNETH L. KIMBLE, | Case No. CV 17-1597-CAS (SHK) |
|---|---|
| Petitioner, | |
| v. | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| RAYMOND MADDEN, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the relevant records on file, and the Report and Recommendation ("R&R") of the United States Magistrate Judge. No objections to the Report and Recommendation were filed. The Court has made a de novo determination of the Report and Recommendation and the Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action with prejudice.

Dated: August 13, 2018

_____
HON. CHRISTINA A. SNYDER
United States District Judge