JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH L. KIMBLE, | Case No. CV 17-1597-CAS (SHK) |
| Petitioner, | JUDGMENT |
| v. | |
| RAYMOND MADDEN, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition be dismissed with prejudice.

Dated: August 13, 2018

_Christine A. Snyder_

HON. CHRISTINA A. SNYDER
United States District Judge